# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS              CASE NO.  3:06cr41LAC

DONALD LESTER

## AMENDED REFERRAL AND ORDER

Referred to Judge Lacey Collier on _June 12, 2006_

Motion/Pleadings: MOTION TO WITHDRAW AS COUNSEL OF RECORD

Filed by DEFENDANT     on _6/9/2006_    Doc.# 16

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.

_____ Unopposed  _____ Consented

         WILLIAM M. McCOOL, CLERK OF COURT

_____     *s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice to refile when substitute counsel files a notice of appearance.*

          *s/L. A. Collier*

           ***LACEY A. COLLIER***
        ***Senior United States District Judge***

```
Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

         Document No.