**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Dkt. 3:06cr41-001/LAC |
| ) | |
| **DONALD LESTER** ) | |

### ORDER MODIFYING SUPERVISED RELEASE CONDITIONS

THIS MATTER CAME on to be heard on November 28, 2006; there appearing Assistant U.S. Attorney David L. Goldberg; and the defendant, who represented himself (waived counsel). After hearing from the government, and the defendant, the Court ordered the following additional conditions of supervised release:

Special Condition #1:   The defendant will not have personal or other contact with the victim, nor her mother, including correspondence, telephone contact, any form of electronic communication or communication through a third party unless approved by the supervising U.S. Probation Officer and treatment provider.

Special Condition #2:   The defendant shall provide the supervising U.S. Probation Officer phone records upon request.

DONE AND ORDERED in Open Court at Pensacola, Florida, this 28th day of November, 2006.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge

Date Signed: November 29, 2006