# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                               CASE NO. 3:06cr41-01/LAC

DONALD LESTER

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 12, 2009
Motion/Pleadings:  MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
Filed by  DEFENDANT  on  2/11/2009  Doc.#  42

RESPONSES:

                                                  on                 Doc.#
                                                  on                 Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  *s/Jerry Marbut*

LC (1 OR 2)                                  Deputy Clerk: Jerry Marbut

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Court will not consider early termination unless it is brought forward by the supervising probation officer.*

                                                      *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                        *Senior United States District Judge*